IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SMITH, JR., #207658,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 09-0588-CG-C |
| **WARDEN JERRY FERRELL, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** with prejudice as duplicative.

**DONE and ORDERED** this 16th day of August, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE